**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-792 JRT/FLN**

| | |
|---|---|
| Michael Meisel,<br><br>Plaintiff,<br><br>-vs-<br><br>Red Check Investments and "Cheryl Doe", and Helen Pearce,<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By:____________________
Peter F. Barry, Esq.
Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF**

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 21 2001
DEPUTY CLERK



J:\37000\37217 Meisel, Mike v. Red Check Investments [PFB]\Notice of Dismissal with Pred..doc

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9-21-2001.

The Honorable U.S. District Judge
United States District Court